CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JUN 25 2010

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MARK ANTHONY BURTON, ) | |
| ) | |
| Petitioner, ) | Case No. 7:10CV00275 |
| ) | |
| v. ) | |
| ) | **FINAL ORDER** |
| ) | |
| COMMONWEALTH OF VIRGINIA, ) | By: Glen E. Conrad |
| ) | United States District Judge |
| Respondent. ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** without prejudice, and this action is stricken from the active docket of the court.

ENTER: This 25th day of June, 2010.

_____
United States District Judge